JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JONATHAN M. BRUMMEL,<br><br>                    Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>                    Defendant. | Case No. CV 25-6609-DOC (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 29, 2026

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE